Subpena witness

I would to like enter an order to Request witness in my case against pike County Case number is 5:24-CV-00096-DCB-BWR.

The witness are Jody Johnson, melvin Dawson, Breanna perryman, Chendra hughy, Valerie wells and herbert young in the matter of my Case is a civil case

Signed on
10-31-25

Ventrey Brown