IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KENTREZ MONTRE' BROWN                                    PLAINTIFF

VS.                              CIVIL ACTION NO. 5:24-CV-96-DCB-BWR

PIKE COUNTY, MS, ET AL.                                 DEFENDANTS

ORDER

Before the Court is the Report and Recommendation [ECF No. 60] of United States Magistrate Judge Bradley W. Rath entered herein on May 26, 2026, after referral of hearing by this Court. In the Report and Recommendation, Judge Rath recommended dismissing Brown's complaint with prejudice because, among other reasons, Plaintiff, by his own admission, failed to exhaust his administrative remedies as to all of his claims, and exhaustion is no longer available.  Plaintiff has failed to file objections to the Report and Recommendation within the time to do so, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation [ECF No. 60] should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Complaint [ECF No. 1] is hereby dismissed with prejudice. In addition, Plaintiff's Motion requesting witnesses [ECF No. 59]

is hereby denied as moot.  A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED, this the 29th day of July, 2026.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE